LAW OFFICES OF

# Aidala & Bertuna, P.C.

ARTHUR L. AIDALA
MARIANNE E. BERTUNA

OF COUNSEL
WILLIAM R. SANTO
JOSEPH P. BARATTA
JOSEPH A. BARATTA
SIGISMONDO RENDA
DAWN M. FLOWER
PETER S. THOMAS

546 FIFTH AVENUE
NEW YORK, NY 10036
TELEPHONE: (212) 486-0011
FACSIMILE: (212) 750-8297
WWW.AIDALALAW.COM

8118-13TH AVENUE
BROOKLYN, NEW YORK 11228
TEL: (718) 238-9898
FAX: (718) 921-3292

VIA DOMENICHINO, N. 35
20149 MILAN, ITALY
TEL: 011 39 02 48012445
FAX: 011 39 02 48008777

April 26, 2013

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: Apr 29, 2013

Hon. Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, New York 10007

Re: USA v. RAJKUMAR
Case # 1:13-cr-00268-JMF

Dear Your Honorable Furman:

Please accept this letter on behalf of our client, Yugeshwar Rajkumar, which serves to respectfully request an extension of time until Friday, May 3, 2013 to file a Confession of Judgment in the amount of Two Hundred Thousand ($200,000.00) Dollars secured by the property known as and located at 10 Wadsworth Court, Teaneck, New Jersey as a stipulation of his Appearance Bond.

The requested extension has been agreed to by AUSA Joshua Naftalis.

We thank you for Your consideration and attention to this matter and we will await the Court's decision.

Respectfully submitted,

Arthur L. Aidala

ALA:dg

cc: AUSA Joshua Naftalis

Application GRANTED.

SO ORDERED.

Jesse M. Furman
United States District Judge

April 29, 2013